IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LENNARD NOLAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant | Civil No. 04-6040-ST<br><br>ORDER |

REDDEN, Judge:

     Magistrate Judge Stewart filed her Findings and Recommendation on April 27, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983); see also, Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1 - ORDER

Accordingly, I ADOPT the Magistrate's Findings and Recommendation (doc. 20) that the decision of the Commissioner should be affirmed.

IT IS SO ORDERED.

Dated this __6th__ day of June, 2005.

                                                     __James A. Redden__
                                                       James A. Redden
                                                     United States District Judge